DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 




 NO. 12-02-00139-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




RONALD ROBINSON,
§
 APPEAL FROM THE 3RD

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 ANDERSON COUNTY, TEXAS







MEMORANDUM OPINION (1)


 Appellant has filed a motion to withdraw his notice of appeal and dismiss this appeal. The
motion is signed by Appellant and his counsel. No decision having been delivered by this court, the
motion is granted, and the appeal is dismissed in accordance with Texas Rule of Appellate Procedure
42.2.


Opinion delivered July 3, 2002.

Panel consisted of Gohmert, Jr., C.J., Worthen, J., and Griffith, J.





 

(DO NOT PUBLISH)



 








COURT OF APPEALS


TWELFTH COURT OF APPEALS DISTRICT OF TEXAS


JUDGMENT



JULY 3, 2002



NO. 12-02-00139-CR



RONALD ROBINSON.


Appellant


V.


THE STATE OF TEXAS,


Appellee






 Appeal from the Third Judicial District Court


 of Anderson County, Texas. (Tr. Ct. No. 25779)








 THIS CAUSE came on to be heard on the motion of the Appellant to
withdraw the notice of appeal and dismiss the appeal herein, and the same being considered, it is
hereby ORDERED, ADJUDGED and DECREED by this Court that the appeal be Dismissed, and
that this decision be certified to the court below for observance.

 By memorandum opinion.

 Panel consisted of Gohmert, Jr., C.J., Worthen, J., and Griffith, J.


















THE STATE OF TEXAS


M A N D A T E


TO THE THIRD JUDICIAL DISTRICT COURT OF ANDERSON COUNTY, GREETINGS:


 Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 3rd
day of July, 2002, the cause upon appeal to revise or reverse your judgment between


RONALD ROBINSON, Appellant



NO. 12-02-00139-CR and Tr. Ct. Case Number 25779



Opinion by Memorandum.



THE STATE OF TEXAS, Appellee



was determined; and therein our said Court made its order in these words:

 THIS CAUSE came on to be heard on the motion of the Appellant to withdraw the notice
of appeal and dismiss the appeal herein, and the same being considered, it is hereby ORDERED,
ADJUDGED and DECREED by this Court that the appeal be Dismissed, and that this decision be
certified to the court below for observance.


 WHEREAS, YOU ARE HEREBY COMMANDED to observe the foregoing order of said
Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things
have it duly recognized, obeyed, and executed.


 WITNESS, THE HONORABLE LOUIS B. GOHMERT, JR., Chief Justice of said Court
of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of
Tyler, this the ______ day of __________________, 200_.


 CATHY S. LUSK, CLERK



 By:_______________________________

 Deputy Clerk 

1. See Tex. R. App. P. 47.1.